AO-10
Rev. 1/98

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR ~~1997~~ 1998

Report Required by the Ethics
Reform Act of 1989. Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ellison, Keith P. | United States District Court for the Southern District of Texas | 1/4/99 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Nominee – United States District Court Judge | XX Nomination, Date _____ ___ Initial ___ Annual ___ Final | 1/1/98 – 12/31/98 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 1100 Louisiana Suite 4600 Houston, Texas 77002 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| Director | American South African Scholarship Assoc. |
| Director Vice President | Harry A. Blackmun Scholar. Foundation Gulf Coast Legal Foundation |
| Advisory Director Secretary | Houston Achievement Place Assoc. Rhodes Scholarship Selection Committee District VII |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1987 | Two retirement plans with former law firm, Baker & Botts, L.L.P. Both plans are administered by Fidelity Investments and the firm has no control over my investments or earnings. All monies are invested in a Fidelity Mutual Fund |
| 1997 | Fixed contingency fee agreements with regard to the cases on attached page. |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1997 | (Self-employed) | $263,903.58 |
| 1998 | (Self-employed) | $1,001,120.31 |
| | | $ |
| 1998 | Partnership interest of spouse in the law firm of Fulbright & Jaworski, L.L.P. (S) | $ |
| | | $ |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements received by spouse and dependent children, respectively. See pp. 25-28 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| ☐ NONE (No such reportable reimbursements.) | |
| Exempt | |
| | |
| | |
| | |
| | |
| | |

## V. GIFTS. *(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate gifts received by spouse and dependent children, respectively. See pp. 29-32 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| ☐ NONE (No such reportable gifts.) | | |
| Exempt | | $ |
| . | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; indicate, where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 33-35 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| ☐ NONE (No reportable liabilities.) | | |
| Baker & Botts L.L.P. Savings Plan for Partners | Loan | K |
| NationsBank | Loan | K |
| | | |
| | | |
| | | |

*Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Keith P. Ellison | 1/4/99 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g., buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | EXEMPT | | | | |
| 1 West Harris Cnty Tex MUD No. 9 Bond | B | int | K | T | | | | | |
| 2 Auraria Higher Ed. bond | A | int | J | T | | | | | |
| 3 Ricewood MUD Bond | B | int | K | T | | | | | |
| 4 Central TX ISD Bond | A | int | J | T | | | | | |
| 5 Sam Rayburn TX Pwr Agy Bond | B | int | K | T | | | | | |
| 6 Chic. Ill Ohare Int'l Bond | B | int | K | T | | | | | |
| 7 Waterbury Conn. HSG Corp Bond | B | int | K | T | | | | | |
| 8 Boterlove Ltd. Part. | B | div | K | R | | | | | |
| 9 Wells Fargo Hou. (J) | A | int | K | T | | | | | |
| 10 NationsBank Hou. (J) | A | int | J | T | | | | | |
| 11 Fidelity Investments Savings Plan | A | div | P1 | T | | | | | |
| 12 Paine Webber SEP/IRA | A | div | L | T | | | | | |
| 13 Morgan Stanley Dean Witter IRA | A | div | L | T | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activity and to the best of my knowledge after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App. 4, § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trust, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | 70,000 | | | Notes payable to banks - secured | 16,458 | | |
| U.S. Government securities- add schedule | None | | | Notes payable to banks- unsecured | None | | |
| Listed securities-add schedule | 134,470 | | | Notes payable to relatives | None | | |
| Unlisted securities-add schedule | None | | | Notes payable to my retirement plan | 22,587 | | |
| Accounts and notes receivable: | None | | | Accounts and bills due | None | | |
| Due from relatives and friends | None | | | Unpaid income tax | None | | |
| Due from Others | None | | | Other unpaid tax and interest | None | | |
| Doubtful | None | | | Real estate mortgages payable -add schedule | 992,994 | | |
| Real estate owned-add schedule | 2,290,000 | | | Chattel Mortgages and other liens payable | None | | |
| Real estate mortgages receivable | None | | | Other debts-itemize: | None | | |
| Autos Other personal property Art and 18th century furniture and books | 20,000 — 850,000 | | | | | | |
| Cash value-life insurance | | | | | | | |
| Other assets-itemize: | 0 | | | | | | |
| Retirement Accounts | 1,255,276 | | | Total Liabilities: | 1,032,039 | | |
| | 0 | | | Net worth: | 3,587,707 | | |
| Total Assets: | 4,619,746 | | | Total liabilities and net worth: | 4,619,746 | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | No | | | ARE ANY ASSETS PLEDGED? (ADD SCHEDULE.) | Not other than home- stead | | |